# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.H.., a minor, by and through his Guardian Ad Litem, Kendra Howard; LISA INMAN,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SKISKYOU, a public entity; JON LOPEY, SHERIFF, public employee; Does 1-10, inclusive,<br><br>Defendants. | No. 2:17-cv-01078-MCE-GGH<br><br>**ORDER** |

Presently before the Court is Plaintiffs' Motion to Amend Complaint and File a First Amended Complaint in this matter pursuant to Federal Rules of Civil Procedure 15(a)(2). (ECF No. 15). Through their Motion, Plaintiffs seek to substitute the names of Siskiyou County Sheriff's Department personnel, Jeff Houston and Christopher Miller, as Defendants in the place of Does 1 and 2. On August 8, 2017, Defendants County of Siskiyou and Jon Lopey filed a Statement of Non-Opposition to Plaintiffs' Motion.

///

Given that non-opposition, and good cause appearing, Plaintiffs' Motion is GRANTED. Plaintiffs are directed to file their Proposed First Amended Complaint not later than ten (10) days after the date this Order is electronically filed.

IT IS SO ORDERED.

Dated: August 30, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE