LAW OFFICES OF GREG W. GARROTTO
Greg W. Garrotto, State Bar #89542
1925 Century Park East, Suite 2000
Los Angeles, California 90067
Telephone (310) 229-9200
Fax (310)229-9209
jjggarrotto@msn.com

Attorneys for Plaintiff
A. H., a minor

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A. H., a minor, by and through his Guardian ad Litem, Kendra Howard; LISA INMAN | Case No.: 2:17-cv-01078-MCE-GGH |
| Plaintiff, | ORDER ON PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM |
| v. | (FRCP 17 ( c )) |
| COUNTY OF SISKIYOU, a public entity; JON LOPEY, SHERIFF, a public employee; et. al. | |

THE COURT, having reviewed and considered the Petition of Kendra Howard for Appointment of Guardian ad Litem finds that there is good cause and hereby

ORDERS:

Petitioner Kendra Howard is hereby appointed for all purposes the Guardian ad Litem for Plaintiff A.H. in the above matter.

IT IS SO ORDERED.

Dated: January 23, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE